IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00564-WDM-KLM

DONALD ATCHISON, and
WENDY ATCHISON,

    Plaintiffs,

v.

SADDLEBACK METROPOLITAN DISTRICT,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Compliance with Court Order** [Docket No. 26; Filed September 4, 2008] (the "Motion"). Plaintiffs have not filed a response to the Motion. The Court has reviewed the Motion, the entire case file and applicable case law and is sufficiently advised in the premises.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs are directed to file a second supplement to the Scheduling Order [Docket No. 20; Filed June 18, 2008], Section 5, on or before **October 13, 2008**. The second supplement must set forth concise amounts or a range of monetary damages for: (1) emotional distress; (2) damage to property; and (3) interest, costs and attorneys' fees.

    IT IS FURTHER **ORDERED** that Defendant's request for attorney fees is **DENIED**.

    Dated: September 29, 2008